EMILIE S. COHEN, Respondent, v. HYMAN COHEN, Appellant.— Order unanimously modified by reducing the amount of alimony to be paid to the plaintiff for her support and maintenance to the sum of fifteen dollars per week, and the amount of counsel fee to the sum of $150, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

JOSEPH M. LOBEL, Appellant, v. FRANK STEINHARTT and Others, Defendants, Impleaded with HAVANA ELECTRIC RAILWAY COMPANY and HERMAN KRAEMER, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent Havana Electric Railway Company. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

MARY LOUISE SCHOEN and Others, Appellants, v. FRANK BECKER, Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

MATILDA STRAUB, Individually and as a Stockholder of the SMITH-GRAY CORPORATION, a New York Corporation, for Herself and All Other Stockholders Similarly Situated, Respondent, v. EDWARD S. SMITH, SR., and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

VERA STONE and KENNETH STONE, Appellants, v. 136–142 W. 71ST STREET, INC., Respondent.— Order unanimously modified by granting items 6 and 7 of the notice of motion, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. ANNIE LEVINE, Individually and as Administratrix, etc., of SAMUEL LEVINE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JAMES J. O'BRIEN.— Motion denied and petition dismissed. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

JULIUS DILOFF v. SAMUEL B. BURK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

MOHAVE REALTY CORPORATION v. THE ARTHUR A. JOHNSON CORPORATION and REBECCA DAVIS SCHWARTZ.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

JOHN W. MANSON, as Ancillary Executor, etc., of DAVID D. STEWART, Deceased, v. DORA V. BENJAMIN.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.